UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RICHARD E. JACOBS, etc.,** ) | **CASE NO. 1:07CV1043** |
| ) | |
| Plaintiff, ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DAVID HENRY JACOBS, JR., et al.,** ) | |
| ) | |
| Defendants. ) | |

**CHRISTOPHER A. BOYKO, J.**:

In light of this Court's recent ruling on the pending Motion to Dismiss, the parties are ordered to meet and confer regarding discovery and further case management scheduling. The parties shall submit a Joint Proposed Case Management Schedule, following the Rule 26(f) format, on or before November 26, 2008.

**IT IS SO ORDERED.**

**DATE: November 19, 2008**

                                                **S/Christopher A. Boyko**
                                                **CHRISTOPHER A. BOYKO**
                                                **United States District Judge**