**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD E. JACOBS, ) | Case No. 1:07-cv-01043 |
| ) | |
| Plaintiff, ) | |
| ) | Judge Christopher A. Boyko |
| v. ) | |
| ) | |
| DAVID HENRY JACOBS, JR., et ) | ORDER AND NOTICE OF CASE |
| al., ) | DISMISSAL |
| ) | |
| Defendants. ) | |

This Court has reviewed the parties' Private Settlement Agreement ("PSA"). This Court hereby approves of the PSA and orders the modifications of the Trusts set forth in the PSA. Pursuant to Fed. R. Civ. P. 41 (a) and Fed. R. Civ. P. 41(c), this action is dismissed with prejudice with plaintiff's and defendants' consent.

IT IS SO ORDERED.

Date: 6/4/09

*Christopher A. Boyko*
Judge, United States District Court

{00774299 -5}